Henry Wolthausen, Appellee, v. Helene Lederer et al., Defendants.
Appeal of The Shurtleff Company and Mercer Lumber Companies, Appellants.

Gen. No. 41,802.

MATCHETT, J., dissents.

opinion filed January, 19, 1942.

144

C. A. Caplow and Castle, Williams & McCarthy, for appellants; Howard R. Brintlinger, C. A. Caplow and Frederick W. Turner, Jr., of counsel; Wetten, Pegler & Dale, for appellee; James P. Haffner and Greydon L. Walker, of counsel. Opinion by PRESIDING JUSTICE MCSURELY. "Not to be published in full."